# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONCO CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED IRON, LLC, <br><br> Defendant. | 8:25CV626 <br><br> ORDER TO SHOW CAUSE |

The records of the Court show that on October 22, 2025, a letter (Filing No. 7) was sent to the following attorney from the Office of the Clerk directing that he/she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Stevie L. Lewis
LAMSON DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, NE 68114

**IT IS ORDERED** that on or before December 10, 2025, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Stevie Lewis being removed as counsel of record.

Dated this 26th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge